# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McIvor, Marci B. | US Bankruptcy Court, ED Mich | 07/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Bankrutpcy Court
211 West Fort Street, Suite 1850
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Assistant Attorney General | Office of the Attorney General, State of Michigan |
| 2. | Trustee | Trust DTD 8/2/01 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | State of Michigan Employees Pension Fund; Pension Upon Retirement Age 60 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Lawyer - Member - Clark Hill, PLC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 4/18/2013 - 4/21/2013 | National Harbor, MA | Bankruptcy Workshop | transportation, meals and lodging |
| 2. | American Bankruptcy Institute | 06/12/2013 - 06/15/2013 | Traverse City, MI | Bankruptcy Workshop | transportation, meals and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royalty Interest, White County, IL | A | Royalty | J | W | | | | | |
| 2. Tribar Mfg, LLC, Interest | | None | K | U | | | | | |
| 3. Links Management Group | | None | K | U | | | | | |
| 4. MSIF Int'l Real Estate | A | Dividend | K | T | | | | | |
| 5. Dreman Value Fund | A | Dividend | K | T | | | | | |
| 6. Williams Partners | A | Dividend | K | T | | | | | |
| 7. EDD Fund | A | Dividend | K | T | | | | | |
| 8. Cupano Energy Fund | A | Dividend | K | T | | | | | |
| 9. Highland Credit Fund | A | Dividend | K | T | | | | | |
| 10. AIP Real Estate Fund | A | Dividend | L | T | | | | | |
| 11. Amcor Ltd ADR | A | Dividend | J | T | | | | | |
| 12. Barclays Plc Adr | | None | | | Sold | 03/20/13 | J | | |
| 13. BASF Se Sp | A | Dividend | J | T | | | | | |
| 14. BHP Billiton Plc Spons | A | Dividend | J | T | | | | | |
| 15. BNP Paribas Sp Adr | A | Dividend | J | T | | | | | |
| 16. BP Plc Ads | A | Dividend | J | T | | | | | |
| 17. Delhaize Group | | None | | | Sold | 01/24/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deutsche Bk Ag Reg Shs | | None | | | Sold | 06/12/13 | J | | |
| 19. Deutsche Telekom Ag 1 Ord | | None | | | Sold | 07/24/13 | J | A | |
| 20. E.On Ag | A | Dividend | J | T | | | | | |
| 21. East Japan Ry Co Adr | A | Dividend | J | T | | | | | |
| 22. Eni Spa Amer Dep Rcpt | A | Dividend | J | T | | | | | |
| 23. Euro Aero Def and Space Co | A | Dividend | J | T | | | | | |
| 24. France Telecom | A | Dividend | J | T | | | | | |
| 25. Fujitsu Ltd | A | Dividend | J | T | | | | | |
| 26. Glaxosmithkline Plc | A | Dividend | J | T | | | | | |
| 27. HBOS Plc Spons Adr | A | Dividend | J | T | | | | | |
| 28. Hitachi 10 Com | A | Dividend | J | T | | | | | |
| 29. Honda Motor Company | A | Dividend | J | T | | | | | |
| 30. JSC MMC HNorilsk Nickel | A | Dividend | J | T | | | | | |
| 31. KB Financial Grp Inc Sons | A | Dividend | J | T | | | | | |
| 32. Lloyds Tsb Group | B | Dividend | J | T | | | | | |
| 33. Mitsubishi Corp Spons | A | Dividend | J | T | | | | | |
| 34. Mitsui & Co. Ltd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Nissan Mtr Co | A | Dividend | J | T | | | | | |
| 36. Novartis Ag | A | Dividend | J | T | | | | | |
| 37. Orix | | None | | | Sold | 01/24/13 | J | | |
| 38. Petro Canada Common | A | Dividend | J | T | | | | | |
| 39. Royal Bk Scotland Group | A | Dividend | J | T | | | | | |
| 40. Royal Dsm Nv Sponsored | A | Dividend | J | T | | | | | |
| 41. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 42. RWE Ag Sponsored | A | Dividend | J | T | | | | | |
| 43. Sanofi Aventis Ads | A | Dividend | J | T | | | | | |
| 44. Sharp Corporation Adr | A | Dividend | J | T | | | | | |
| 45. Societe Generale Sp | A | Dividend | J | T | | | | | |
| 46. Sony Corp Adr | A | Dividend | J | T | | | | | |
| 47. Stora Enso Sp Adr | A | Dividend | J | T | | | | | |
| 48. Sumitomo Mitsui Finl Grp | A | Dividend | J | T | | | | | |
| 49. Teck Cominco Ltd | A | Dividend | J | T | | | | | |
| 50. Telecom Italia Spa Ads | A | Dividend | J | T | | | | | |
| 51. Total Fina Elf Sa | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Toyota Motor Cp Adr | A | Dividend | J | T | | | | | |
| 53. Vodafone Gp Plc Ads | A | Dividend | J | T | | | | | |
| 54. Compania Vale Adr | | None | | | Sold | 10/16/13 | J | | |
| 55. Centrica Plc | A | Dividend | J | T | | | | | |
| 56. Fairfax Finl Hldg | A | Dividend | J | T | | | | | |
| 57. Ing FGroep N V Nl | A | Dividend | J | T | | | | | |
| 58. Intesa Sanpaolo Spon | B | Dividend | J | T | | | | | |
| 59. American Capital Ltd | A | Dividend | K | T | | | | | |
| 60. Eaton Vance Ltd. Durantion Inc. Fund | B | Dividend | K | T | | | | | |
| 61. Highland Credit Strategies Fund | A | Dividend | K | T | | | | | |
| 62. Morgan Stanley Emerging Market Domestic Debt Fund | A | Dividend | K | T | Sold (part) | 04/19/13 | L | | |
| 63. Van Kampen Senior Income Trust | A | Int./Div. | J | T | | | | | |
| 64. Van HKampen Dynamic Credit | A | Dividend | K | T | | | | | |
| 65. JP Morgan High Yield | A | Dividend | K | T | | | | | |
| 66. Aberdeen Equity Long Short Fund | A | Dividend | J | T | | | | | |
| 67. JP Morgan Highbridge Stat Market Fund | B | Int./Div. | J | T | | | | | |
| 68. Sunameroca Alternate Strategies Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR Gold Trust | A | Interest | K | T | | | | | |
| 70. Templeton Emerging Markets Small Cap | C | Int./Div. | K | T | Buy (add'l) | 03/26/13 | J | | |
| 71. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 72. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 73. Putnam Diversified | B | Int./Div. | K | T | Buy (add'l) | 01/24/13 | J | | |
| 74. Marathon Oil Corp. | A | Int./Div. | K | T | Buy (add'l) | 02/14/13 | J | | |
| 75. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 76. Guggenheim Macro Opportunities Fund | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 77. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 78. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I, page 1, line 2 - At this time there are no assets in the Trust dated 8/2/01.

| Name of Person Reporting | Date of Report |
|---|---|
| McIvor, Marci B. | 07/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marci B. McIvor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544